UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STEVEN RICHARD BECERRA, *et al*.,<br><br>        Defendants. | Case No. 20-cv-06813-SI<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This case was filed on September 30, 2020. Pursuant to General Order 56, by November 30, 2020, plaintiff was required to complete service on defendants or file a motion for administrative relief. Plaintiff has done neither.

Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing no later than **December 11, 2020,** why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

Dated: December 4, 2020

_____
SUSAN ILLSTON
United States District Judge